### SWIFT, Appellant, v. SWIFT, Respondent.

(Supreme Court, General Term, Third Department. May 26, 1894.)

Action by Margaret A. Swift against Charles H. Swift.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion. Judgment and conviction upon which it is founded, so far as it awards costs, reversed, and set aside, with $10 costs of appeal and printing disbursements.

### BAXTER, Respondent, v. NEW YORK STATE MUT. BEN. ASS'N, Appellant (three cases).

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Actions by Mary F. Baxter against the New York State Mutual Benefit Association.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinions. Orders reversed, with $10 costs and disbursements in each case, and motion granted in each case, with $10 costs in one case only.

### BERGEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Anna Bergen, as administratrix, etc., against the New York Central & Hudson River Railroad Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order affirmed, with costs.

### In re BINGHAMTON GENERAL ELECTRIC CO.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Application of the directors of the Binghamton General Electric Company for a voluntary dissolution.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Order modified by striking out that part which modifies the restraining clause in the order of March 1, 1894, without costs to either party.

### CITY OF SYRACUSE, Respondent, v. LAKESIDE PAPER CO., Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by the city of Syracuse against the Lakeside Paper Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Motion granted, with $10 costs.